IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRADY WALSTAD ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 10-1305-RDR |
| ) | |
| CREDIT CONTROL SERVICES, INC. ) | |
| D/B/A CREDIT COLLECTION SERVICES ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL

Defendant Credit Control Services, Inc. d/b/a Credit Collection Services and Plaintiff Brady Walstad, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), stipulate to the dismissal of Plaintiff's cause of action against Defendant in its entirety with prejudice. Each party shall bear its own costs, expenses and attorneys' fees.

SUBMITTED AND APPROVED BY:


 /s/ Brady Walstad
Brady Walstad
428 Kansas
Colwich, Kansas 67030
*Plaintiff*


 /s/ Tyson C. Langhofer
Tyson C. Langhofer, #19241
STINSON MORRISON HECKER LLP
1625 N. Waterfront Pkwy, Suite 300
Wichita, Kansas 67206
(316) 268-7926
*Attorney for Defendant*